# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES SUGAR CORPORATION,

    Plaintiff,

-v-                                                                                                  Civil Action No.

UNITED STATES ARMY CORPS OF ENGINEERS, CHRISTINE E. WORMUTH, in her official capacity as Secretary of the Army, JAIME A. PINKHAM, in his official capacity as Assistant Secretary of the Army (Civil Works), LIEUTENANT GENERAL SCOTT A. SPELLMON, in his official capacity as Commanding General and Chief of Engineers for the United States Army Corps of Engineers; COLONEL ANDREW D. KELLY, in his official capacity as Commanding District Engineer for the United States Army Corps of Engineers, Jacksonville District,

    Defendants.

_____/

## **PLAINTIFF UNITED STATES SUGAR CORPORATION'S RULE 7.1 DISCLOSURE**

Pursuant to Federal Rule of Civil Procedure 7.1 (2021), Plaintiff, UNITED STATES SUGAR CORPORATION, hereby discloses any parent corporation and any publicly held corporation owning 10% or more of its stock:  None.

Dated: August 26, 2021

Respectfully submitted,

*/s/ Gregory M. Munson*

**GREGORY M. MUNSON**
Florida Bar No. 188344
GUNSTER, YOAKLEY & STEWART, P.A.
215 South Monroe Street, Suite 601
Tallahassee, Florida 32301
Primary email: gmunson@gunster.com
Secondary email: mmcleod@gunster.com, rfrazier@gunster.com and
eservice@gunster.com
Telephone: 850-521-1980
Facsimile: 850-576-0902

**DEBORAH K. MADDEN**
Florida Bar No. 0098816
GUNSTER, YOAKLEY & STEWART, P.A.
Las Olas Centre
450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, Florida 33301
Primary email: dmadden@gunster.com
Secondary email: mmcleod@gunster.com, gmorales@gunster.com and
eservice@gunster.com
Telephone: 954-462-2000
Facsimile: 954-523-1722

**LUNA E. PHILLIPS**
Florida Bar No. 0063673
GUNSTER, YOAKLEY & STEWART, P.A.
Las Olas Centre
450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, Florida 33301
Primary email: lphillips@gunster.com
Secondary email: mmcleod@gunster.com, gmorales@gunster.com and
eservice@gunster.com
Telephone: 954-462-2000
Facsimile: 954-523-1722

*Attorneys for United States Sugar Corporation*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 26, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. Copies of the foregoing document will be served upon counsel of record by transmission of Notices of Electronic Filing generated by the Court's CM/ECF system.

*/s/ Gregory M. Munson*