UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES SUGAR CORPORATION,

    Plaintiff,

-v-                                                                                           Civil Action No. 9:21-cv-81506-DMM

UNITED STATES ARMY CORPS OF ENGINEERS, CHRISTINE E. WORMUTH, in her official capacity as Secretary of the Army, JAIME A. PINKHAM, in his official capacity as Assistant Secretary of the Army (Civil Works), LIEUTENANT GENERAL SCOTT A. SPELLMON, in his official capacity as Commanding General and Chief of Engineers for the United States Army Corps of Engineers; COLONEL ANDREW D. KELLY, in his official capacity as Commanding District Engineer for the United States Army Corps of Engineers, Jacksonville District,

    Defendants.
_____/

**NOTICE OF PENDING, RELATED, OR SIMILAR ACTIONS**

Pursuant to Local Rule 3.8 of the United States District Court for the Southern District of Florida, Plaintiff, United States Sugar Corporation, hereby files this Notice of Pending, Related, or Similar Actions and states:

*Okeelanta Corporation v. United States Army Corps of Engineers*, 9:21-cv-81505-DMM, and *Sugar Cane Growers Cooperative of Florida v. United States Army Corps of Engineers*, 9:21-cv-81508-WPD ("Related Cases"), involve subject matter which is a material part of the subject matter of *United States Sugar Corporation v. United States Army Corps of Engineers*, et al. 9:21-cv-81506-DMM ("Current Action"). The Related Cases were filed on the same date as the Current

Action, and this Notice is filed immediately after the docket numbers and judicial assignments for the Related Cases were known to Plaintiff.

The Current Action and Related Cases are all challenges to the same federal projects – components of the larger Central Everglades Planning Project ("CEPP") – currently under construction by the United States Army Corps of Engineers ("Corps"). All three lawsuits assert that the pertinent Corps' authorizations for CEPP violate the Water Resources Development Act of 2000 ("WRDA 2000") because the Corps incorrectly relied on a water supply baseline other than the baseline required by Congress. Each lawsuit states that the violation of WRDA 2000 also violates the National Environmental Policy Act. The underlying facts in each lawsuit are very similar, involving many, if not all, of the same Corps' decision documents. The relief sought in the Related Cases and Current Action varies slightly but is consistent across the three cases.

Dated: August 27, 2021

Respectfully submitted,

*/s/ Gregory M. Munson*
**GREGORY M. MUNSON**
Florida Bar No. 188344
GUNSTER, YOAKLEY & STEWART, P.A.
215 South Monroe Street, Suite 601
Tallahassee, Florida 32301
Primary email: gmunson@gunster.com
Secondary email: mmcleod@gunster.com, rfrazier@gunster.com and eservice@gunster.com
Telephone: 850-521-1980
Facsimile: 850-576-0902

**DEBORAH K. MADDEN**
Florida Bar No. 0098816
GUNSTER, YOAKLEY & STEWART, P.A.
Las Olas Centre
450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, Florida 33301
Primary email: dmadden@gunster.com

Secondary email: mmcleod@gunster.com, gmorales@gunster.com and eservice@gunster.com
Telephone: 954-462-2000
Facsimile: 954-523-1722

**LUNA E. PHILLIPS**
Florida Bar No. 0063673
GUNSTER, YOAKLEY & STEWART, P.A.
Las Olas Centre
450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, Florida 33301
Primary email: lphillips@gunster.com
Secondary email: mmcleod@gunster.com, gmorales@gunster.com and eservice@gunster.com
Telephone: 954-462-2000
Facsimile: 954-523-1722

*Attorneys for United States Sugar Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 27, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. Copies of the foregoing document will be served upon counsel of record by transmission of Notices of Electronic Filing generated by the Court's CM/ECF system.

*/s/ Gregory M. Munson*